# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:  David S. Williams            )
                                     )
                                     )    **Bankruptcy No.** 09 B 32584
                                     )
        **Debtor(s)**                )
                                     )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above-captioned case for status on  November 17, 2011 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois.  The Chapter 7 Trustee, Gus A. Paloian  is ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: October 14, 2011

In re: David S. Williams
Bankruptcy No. 09 B 32584

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on OCT 14 2011_____, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*Deborah Smith*
Courtroom Deputy

### Electronic Service through CM/ECF System

**Julie H Trepeck**
The Law Offices of Ernesto D Borges Jr P
105 W Madison 23rd Floor
Chicago, IL 60602

*Trustee*
**Gus A Paloian**
Seyfarth, Shaw, Et Al
131 South Dearborn Street
Suite 2400
Chicago, IL 60606

**U.S. Trustee**
**Patrick S. Layng**
Office of the U.S. Trustee,
Region 11
219 South Dearborn St.
Room 873
Chicago, IL 60604

### Served through First Class Mail

David S. Williams
12128 S. State St.
Chicago, IL 60628