# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: David S. Williams )
)
) **Bankruptcy No.** 09 B 32584
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above-captioned case for status on __December 15, 2011 at 10:30 a.m.__ In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Gus A. Paloian. is positively ordered to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date:  November 17, 2011

In re: **David S. Williams**
Bankruptcy Case No. 09 B 32584

## CERTIFICATE OF SERVICE

    I, Deborah Smith certify that on November 17, 2011, I caused to be mailed by United States first class mail copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

*[signature: Deborah Smith]*

Deborah Smith, Relief Courtroom Deputy

## Electronic Service through CM/ECF System

**Julie H Trepeck**
The Law Offices of Ernesto D Borges Jr P
105 W Madison 23rd Floor
Chicago, IL 60602

*Trustee*
**Gus A Paloian**
Seyfarth, Shaw, Et Al
131 South Dearborn Street
Suite 2400
Chicago, IL 60606

<u>U.S. Trustee</u>
<u>**Patrick S Layng**</u>
<u>Office of the U.S. Trustee, Region 11</u>
<u>219 S Dearborn St</u>
<u>Room 873</u>
<u>Chicago, IL 60604</u>

## Serviced by U.S. Mail

*Debtor*
**David S. Williams**
12128 S. State St.
Chicago, IL 60628