# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** David S. Williams | ) | |
| | ) | |
| | ) | **Bankruptcy No.** 09 B 32584 |
| | ) | |
| **Debtor(s)** | ) | |
| | ) | |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above -captioned case for

another status on __February 23, 2012 at 10:30 a.m.__   In courtroom 682 of the

Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The Chapter 7 trustee Gus A. Paloian is positively ordered to appear and

provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

DEC 23 2011

In re: David S. Williams
Bankruptcy No. 09 B 32584

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on December 23 ,2011, I caused to be served copies

of the foregoing ORDER to the following by electronic service through the Court's

CM/ECF system or regular U.S. mail:

system or regular U.S. mail:

_____
Courtroom Deputy

## Electronic Service through CM/ECF System

Julie H. Trepeck
The Law Offices of Ernesto D. Borges Jr. P.
105 W. Madison 23rd Floor

Chicago, IL 60602

*Trustee*
**Gus A. Paloian**
Seyfarth, Shaw, Et Al
131 S Dearborn Street
Suite 2400
Chicago, IL 60606

**U.S. Trustee**
**Patrick S. Layng**
**Office of the U.S. Trustee,**
**Region 11**
**219 South Dearborn St.**
**Room 873**
**Chicago, IL 60604**

## Served through First Clasee Mail

David S. Williams
12128 S. State St.
Chicago, IL 60628